Mathew K. Higbee, Esq., (Ill. Bar No. 6319929)
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
 MICHAEL GRECCO PRODUCTIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POSSESSIONISTA MEDIA, LLC; DANA WEISS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. _____ <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Michael Grecco Productions, Inc. alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendants because Defendants conducts business and resides within the State of Illinois Defendants' acts of infringement complained of herein occurred in the State of Illinois, and Defendants caused injury to Plaintiff within the State of Illinois.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendants reside and have a regular and established place of business in this judicial district.

**PARTIES**

5. Plaintiff Michael Grecco Productions, Inc. ("MGP" or "Plaintiff") is a professional media and photography company incorporated in the state of California run by renown celebrity photographer Michael Grecco ("Grecco").

6. Defendant Possessionista Media, LLC ("Defendant Possessionista") is an Illinois limited liability company with a principal place of business at 735 Carriage Way, Deerfield, IL 60015.

7. Defendant Dana Weiss ("Defendant Weiss") is an individual residing at 735 Carriage Way, Deerfield, IL 60015.

8. Plaintiff is unaware of the true names and capacities of the

Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants and all fictitiously named Defendants.

9. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

**FACTUAL ALLEGATIONS**

10. MGP's principle, Michael Grecco, is an award-winning commercial photographer and film director noted for his iconic celebrity portraits, innovative magazine covers, editorial images and advertising spreads for such companies such as NBC/Universal, GE, Pfizer, HBO, Kodak, ABC, IBM, Yahoo!, ESPN, Wired, Time, Entertainment Weekly, Esquire, Premier, and MAXIM. His work is regularly featured in prestigious galleries around the world.

11. A portfolio of Grecco's work, is available for viewing by general public through the website http://www.michaelgrecco.com/.

12. Due to the high quality and limited availability of Grecco's works, MGP routinely licenses and/or sells individual photographs to media outlets for thousands of dollars.

13. MGP is the sole author and exclusive rights holder to an original photograph of Bachelorette contestant Ali Fedotowsky (the "Image"). A true and correct copy of the Image is attached hereto as Exhibit A.

14. MGP registered the Image with the United States Copyright Office under registration number VA 1-431-699.

15. Defendant Weiss, through Defendant Possessionista, is the owner and operator of the highly successful fashion blog and website www.possessionista.com ("Defendants' Website"), where Defendant Weiss directs visitors.

16. Defendants' Website consists of content created exclusively by Defendant Weiss promoting clothing and fashion accessories worn on popular television shows.

17. On information and belief, Defendant's Website has over 160,000 unique visitors and close to a million page views per month. Due to the large amount of traffic on Defendants' Website, on information and belief, Defendants form commercial partnerships with select brands and advertisers to commercially promote their services and products through sponsored content on Defendants' Website.

18. On information and belief, Defendants also generate revenue Defendants' Website through the numerous paid banner advertisements and hyperlinks featured on Defendants' Website.

19. On or about November 2016, Grecco discovered that Defendants were using the Image in a blog post authored by Defendant Weiss advertising a "Shoshanna Psychadelic Coverup" being sold through the retailer Saks Fifth Avenue. Attached hereto as Exhibit B is a true and correct copy of the blog post on Defendants' Website featuring the Image; *see also* http://www.possessionista.com/2010/06/bachelorette-fashion-ali-fedotowsky-floral-print-colored-cover-up-from-the-abc-promos.html.

20. After a brief investigation, MGP concluded that Defendants had never purchased a license for the Image, nor did MGP ever give Defendants permission to use the Image on Defendants' Website.

21. On or about December 27, 2016, Plaintiff's counsel sent a cease and desist letter to Defendants requesting, *inter alia*, that Defendants remove the Image from Defendants' Website.

22. On or about January 16, 2017, Plaintiff's counsel sent a second letter again requesting that Defendants remove the Image.

23. On or about March 6, 2017, Plaintiff's counsel sent additional correspondence to Defendants.

24. Additionally, Plaintiff's counsel attempted to contact Defendants by

both telephone and email to discuss removal of the Image.

25. Despite Plaintiff's counsels repeated correspondence by both traditional mail and email, Defendants did not remove the Image.

26. On information and belief, Defendant's use of the Image was willful because it knew that it did not have a license to use the Image and refused to remove it despite repeated contact from Plaintiff's counsel.

27. As of the date of this Complaint, the Image is still displayed on Defendants' Website, and an unauthorized copy resides on the server of Defendants' Website. A true and correct timestampped copy of the page on Defendants' Website is attached hereto as Exhibit C; *see also* http://www.possessionista.com/2010/06/bachelorette-fashion-ali-fedotowsky-floral-print-colored-cover-up-from-the-abc-promos.html and http://www.possessionista.com/wp-content/uploads/2012/09/ali-fe101.jpg.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq.*

28. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

29. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Image.

30. Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Image in violation of

6

Title 17 of the U.S. Code, because, *inter alia*, Defendants knew that they did not have a legitimate license for the Image.

31. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per infringement pursuant to 17 U.S.C. § 504(c).

32. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

33. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants and each of them as follows:

- For statutory damages against each Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against each Defendant according to proof together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

- For an injunction preventing each Defendant from further infringement of

all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: February 16, 2018                     Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Ill. Bar No. 6319929
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

# DEMAND FOR JURY TRIAL

Plaintiff, Michael Grecco Productions, Inc. hereby demands a trial by jury in the above matter.

Dated: February 16, 2018                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Ill. Bar No. 6319929
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

# Exhibit "A"



# Exhibit "B"

Possessionista
*for the fashionably compulsive*

WHO IS POSSESSIONISTA    SHOP    AS SEEN IN...    WORK WITH ME    DISCLOSURE

# BACHELORETTE FASHION – Ali Fedotowsky floral print colored cover up from the ABC promos

Like 0



Hi Dana,

Love your website! I think we have the same taste in fashion and tv shows (especially the Bachelorette)! I have been searching for this bathing suit cover-up that Ali is wearing in the beach scene ever since I saw this preview, and I finally found a decent picture of it that I attached to this email. Can you tell me where I can find this, or something similar? Thanks!

Megan

Anyone who knows me, knows I can't remember a date to save my life.

I don't remember birthdays. Or doctor's appointments.

Or my anniversary.

But, sadly, I never would have thought I'd forget that the Bachelorette was on. But I did. At 8:46 last night, I checked **twitter** to find a stream of worried followers wondering where I was.

Because I thought yesterday was Sunday.

One thing I didn't forget was this adorable flowered coverup that Ali wore during the calendar photoshoot last night.

So I found the coverup.

Now I just need to work on remembering everything else.

Maybe I should buy one of those Bachelor calendars.

Maybe not.



**Shoshanna Psychadelic Coverup**
$192.50
Saks

CATEGORIES : **ALI FEDOTOWSKY** , **BACHELORETTE**

JUNE 1, 2010 BY DANA WEISS   

← THE BACHELORETTE FASHION – ALI FEDOTOWSKY STYLE (INCLUDING ALI'S BLACK ZIP SHIRT DRESS)

DENIM DIAPERS – BECAUSE YOUR ADDICTION TO PREMIUM JEANS SHOULD START AT BIRTH →

ONE THOUGHT ON "BACHELORETTE FASHION – ALI FEDOTOWSKY FLORAL PRINT COLORED COVER UP FROM THE ABC PROMOS"

 Anonymous

Reply »

---

Search ...

............ SOCIAL ............

............ SEARCH FASHION BY ............

TV Fashion
Style Guides
Bad Hair Day: Possessionista X Tee2You
Beauty Bonehead
Book recommendations
Favorite Things
Found it on Facebook
Giveaways
Me
Partners
Possessionista Gift Guide
Sale
What To Wear

subscribe me    ok

Fast Free Shipping Worldwide
SHOPBOP
JUST ARRIVED
SHOP TOPS
FEATURED
Get this widget ▶

Unable to show Instagram photos

............ RECENT POSTS ............

What to buy at the Shopbop Spring Sale (that you can wear right now)
The Bachelor Recap: WTF is Andi doing here (and where did she get her shoes)
The Bachelor Recaps: Hometowns
The Bachelor Recap: Cross your legs, I can see your Bimini
The Bachelor: Nick, Lorna, Zika in St. Thomas

SHOP MY CLOSET

Shop more of my closet on Poshmark

Case: 1:18-cv-01230 Document #: 1 Filed: 02/16/18 Page 14 of 18 PageID #:14

**ANONYMOUS**

Reply ↓

Does anyone know where you can find the other coverup she wore on this episode? On the Vegas date with Jesse? Thanks so much!

## Leave a Reply

Your email address will not be published.

Comment

Name

Email

Website

Post Comment



# Exhibit "C"



